**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

DUSTIN M. HARTMANN,                                    Case No. 1:20-cv-940

        Plaintiff,                                    Dlott, J.
                                                       Bowman, M.J.

    v.


A & P TECHNOLOGY, INC.,

        Defendant.


**REPORT & RECOMMENDATION**

Through counsel on November 18, 2020, Plaintiff initiated this lawsuit against his former employer, alleging discrimination under the Americans with Disabilities Act ("ADA"). The Court entered a Calendar Order directing discovery to be completed by October 2, 2021. However, on July 23, 2021, Plaintiff's counsel moved to withdraw from further representation, citing irreconcilable differences and his client's failure to communicate "for months" despite repeated attempts. On July 29, 2021, the law firm that previously represented Plaintiff also moved to withdraw. The undersigned set the motions to withdraw for a hearing on August 24, 2021, warning Plaintiff that his failure to participate "WILL RESULT IN CASE BEING DISMISSED FOR FAILURE TO PROSECUTE." (Doc. 14, emphasis original). Counsel served Plaintiff, by first class and by certified mail, with a copy of the Court's order. (Doc. 16).

On August 24, 2021, all counsel appeared for the telephonic hearing but Plaintiff

1

did not.  Thereafter, on August 25, 2021, the Court entered a "show cause" order, directing Plaintiff to "**SHOW CAUSE**, in writing on or before **September 17, 2021**, why this case should not be **DISMISSED** for failure to prosecute."  (Doc. 17).

Plaintiff failed to respond to the Court's last Order directing him to "show cause," and has now repeatedly failed to participate in the continued prosecution of this case. Accordingly, **IT IS RECOMMENDED THAT** this case be **DISMISSED** with prejudice, for failure to prosecute.

 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DUSTIN M. HARTMANN,                                    Case No. 1:20-cv-940

       Plaintiff,                                         Dlott, J.
                                                       Bowman, M.J.

   v.

A & P TECHNOLOGY, INC.,

       Defendant.


## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).