IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Dustin M. Hartmann, | : | Case No. 1:20-cv-940 |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | **Order Adopting Report and** |
| A & P Tech., Inc., | : | **Recommendation** |
| Defendant. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 18) that this case be dismissed with prejudice for failure to prosecute. No objections have been filed. The Court has reviewed the Magistrate Judge's Report and Recommendation and considered de novo all of the filings in this matter.

On August 25, 2021, the Court issued an Order directing Plaintiff to show cause, by September 17, 2021, why this case should not be dismissed for failure to prosecute. (Doc. 17.) Plaintiff failed to file a response. As a result, on October 12, 2021, the Magistrate Judge issued the Report and Recommendation recommending that this case be dismissed with prejudice.

Accordingly, upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendation (Doc. 18). This case is **DISMISSED WITH PREJUDICE** for failure to prosecute, and this matter shall be terminated from the Court's docket.

**IT IS SO ORDERED.**

Judge Susan J. Dlott
United States District Court